# United States District Court
# Eastern District of California

LEANDRO JOAO LUZOLO

Plaintiff(s)

V.

Tonya Andrews, et al.,

Defendant(s)

Case Number: 1:26-cv-09351-TLN-CKD

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Aaron L. Vasey hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Leandro Joao Luzolo

On 10/18/2021 (date), I was admitted to practice and presently in good standing in the Washington Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/13/2026 Signature of Applicant: /s/ /s/ Aaron L. Vasey

**Pro Hac Vice Attorney**

Applicant's Name: Aaron L. Vasey

Law Firm Name: Law Office of Daniel J. Smith

Address: 145 NW 85th St., Ste.103

City: Seattle State: WA Zip: 98117

Phone Number w/Area Code: (206) 438-8720

City and State of Residence: Seattle, WA

Primary E-mail Address: aaron@danielsmithlawoffice.com

Secondary E-mail Address: aaronvasey11@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Laxman Adhikari

Law Firm Name: Laxman Law Group, PC

Address: 335 S. Van Ness Avenue

City: San Francisco State: CA Zip: 94103

Phone Number w/Area Code: (650) 483-8614 Bar # 361256

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 20, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE